

**SO ORDERED.**

**SIGNED this 25th day of July, 2019.**



_____
UNITED STATES BANKRUPTCY JUDGE

---

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**GREENSBORO DIVISION**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Abbott, Shelby Coleman        xxx-xx-8590 | ) | |
| 8069 Friendship Church Road | ) | Case No. 19-10504 C-13G |
| Reidsville, NC 27320 | ) | |
| | ) | |
| | ) | |
| Debtor. | ) | |

**ORDER CONFIRMING CHAPTER 13 PLAN**

The plan under Chapter 13 of the United States Bankruptcy Code filed by the Debtor on May 8, 2019, Docket No. 5 ("Plan") having been properly served on all creditors and other parties in interest; and

After notice and opportunity for hearing, it having been determined the Plan complies with the requirements of 11 U.S.C. §1325; it is

ORDERED that the Plan is confirmed.

**[END OF DOCUMENT]**

<u>PARTIES TO BE SERVED</u>
PAGE 1 OF 1
19-10504 C-13G


**ALL PARTIES OF RECORD AS OF THE DATE OF THE ORDER**
**SHALL BE SERVED BY THE BANKRUPTCY NOTICING CENTER**