IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| In Re: | ) |
| | ) |
| Shelby Coleman Abbott, | )   Case No.: 19-10504 C-13 |
| | ) |
| Debtor. | ) |
| | ) |

OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE

NOW COMES Shelby Coleman Abbott ("Debtor"), by and through counsel, and respectfully objects to the Notice of Mortgage Payment Change filed January 9, 2020, and in support thereof shows the following:

1. On May 8, 2019 ("Petition Date"), the Debtor field a petition for Chapter 13 Bankruptcy in the United States Bankruptcy Court for the Middle District of North Carolina, Greensboro Division. Anita Jo Kinlaw Troxler is the dually appointed Chapter 13 Trustee. The Chapter 13 Plan was confirmed on July 25, 2019 ("Plan").

2. On January 9, 2020, U.S. Bank Trust National Association, as Trustee of the SCIG III Trust ("Creditor") caused to be filed a Notice of Mortgage Payment Change (the "Notice") for an increase in the monthly escrow payment from $0.00 per month to $241.08 per month. The Notice sets out a new payment effective date of February 8, 2020.

3. On the Petition Date, the Debtor's mortgage account was a non-escrow account.

4. Upon information and belief, post-petition, an escrow analysis was conducted by the Creditor, and it was determined by the Creditor that the account should become an escrow account.

5. Further, upon information and belief, the Creditor made a post-petition lump sum payment to Rockingham County tax department, resulting in an escrow shortage.

6. Further, it appears that the Creditor is requiring a cure of the escrow shortage over a twelve month period, which the Debtor asserts is improper. Any escrow shortage should be cured over the life of the plan.

WHEREFORE, the Debtor prays the Court:

1. Deny U.S. Bank Trust National Association, as Trustee of the SCIG III Trust's Notice of Mortgage Payment Change; and

2. For such other and further relief as the Court deems just and proper.

This the 19th day of August, 2020.

                                            /s/Samantha K. Brumbaugh
                                            Attorney for Debtor
                                            NCSB#: 32379
                                            Ivey, McClellan, Gatton & Siegmund, L.L.P.
                                            P. O. Box 3324
                                            Greensboro, NC 27402
                                            Telephone: (336) 274 4658
                                            skb@iveymcclellan.com

CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE was duly served upon the following via the CM/ECF System as applicable or by depositing same enclosed in a postpaid, properly addressed envelope in a Post Office or official depository under the exclusive care and custody of the United States Postal Service:

William P. Miller, Esq.
Bankruptcy, Administrator
101 South Edgeworth Street
Greensboro, North Carolina  27401
VIA CM/ECF

Anita Jo Kinlaw Troxler
Chapter 13 Trustee
P.O. Box 1720
Greensboro, NC 27402-1720
VIA CM/ECF

U.S. Bank Trust National Association,
as Trustee of the SCIG III Trust
314 S. Franklin Street
PO Box 517
Titusville, PA 16354

Michelle R. Ghidotti-Gonsalves
Ghidotti | Berger LLP
1920 Old Tustin Avenue
Santa Ana, CA 92705

This the 19th day of August, 2020.

/s/Samantha K. Brumbaugh
Attorney for Debtor
NCSB#:  32379
Ivey, McClellan, Gatton & Siegmund, L.L.P.
P. O. Box 3324
Greensboro, NC 27402
Telephone:  (336) 274 4658
skb@iveymcclellan.com