IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| In Re: | ) |
| | ) |
| Shelby Coleman Abbott, | ) Case No.: 19-10504 C-13 |
| | ) |
| Debtor. | ) |
| | ) |

AMENDED CERTIFICATE OF SERVICE

     THIS IS TO CERTIFY that a copy of the foregoing OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE was duly served upon the following via the CM/ECF System as applicable or by depositing same enclosed in a postpaid, properly addressed envelope in a Post Office or official depository under the exclusive care and custody of the United States Postal Service:

William P. Miller, Esq.
Bankruptcy, Administrator
VIA CM/ECF

Anita Jo Kinlaw Troxler
Chapter 13 Trustee
VIA CM/ECF

Neil D. Jonas
Brock & Scott, PLLC
VIA CM/ECF

BSI Financial Services
314 S Franklin Street
Titusville, PA 16354

U.S. Bank Trust National Association,
as Trustee of the SCIG III Trust
314 S. Franklin Street
PO Box 517
Titusville, PA 16354

Michelle R. Ghidotti-Gonsalves
Ghidotti | Berger LLP
1920 Old Tustin Avenue
Santa Ana, CA 92705

This the 19th day of August, 2020.

/s/Samantha K. Brumbaugh
Attorney for Debtor
NCSB#:  32379
Ivey, McClellan, Gatton & Siegmund, L.L.P.
P. O. Box 3324
Greensboro, NC 27402
Telephone:  (336) 274 4658
skb@iveymcclellan.com